David A. Birdsell, Chapter 7 Trustee  
216 N. Center  
Mesa, AZ 85201  
480-644-1080 / 480-644-1082 (fax)  
dab@azbktrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TIA SHENISE HERNANDEZ | ) | Case No. 2:17-bk-12116-DPC |
| | ) | |
| | ) | REPORT OF TRUSTEE'S SALE |
| | ) | |
| Debtors (s) | ) | |
| | ) | |

I, David A. Birdsell, trustee, make report of sale of certain assets of the debtor at Trustee's Sale held on <u>August 31, 2018</u>, at <u>230 N. 1ST AVENUE, PHOENIX, ARIZONA 85003</u>

PURCHASER: <u>Monte Pollard   PO BOX 24937 TEMPE, AZ. 8528585381</u>

DESCRIPTION OF  
ASSETS SOLD: 2014 KIA FORTE

PRICE: $<u>4800.00</u>

The trustee reports that he has received payment of the purchase price and has attached to this report all written bids.

September 4, 2018                    /s/ David  A. Birdsell  
DATE                                 David A. Birdsell, Trustee